**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7345**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LOFTON HOWARD LAMBERT, III,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. James H. Michael, Jr., Senior District Judge. (CR-93-5)

─────────────

Submitted: February 25, 1999      Decided: March 8, 1999

─────────────

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Lofton Howard Lambert, III, Appellant Pro Se. Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lofton Howard Lambert, III, appeals the district court's order denying his motion to correct sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Lambert</u>, No. CA-93-5 (W.D. Va. Aug. 27, 1998). We deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>